## No. 7392.

## W. S. BENEDICT vs. MARY FITZPATRICK.

Mary Fitzpatrick acquired, under execution sale against George McGiugan, his share and interest in his father's succession, being an undivided one-seventh thereof. Prior to this sale, certain property had been bought for the heirs by their representative — the tutor to the seven children, all then being minors — which became necessary to be mortgaged to procure money to pay the taxes upon it. This property had never belonged to the father, and was not part of his succession. In executing this mortgage, Mrs. Fitzpatrick joined, supposing that she was one-seventh owner thereof, and George was no party thereto, supposing that his interest had been acquired by Mrs. Fitzpatrick. After the lapse of some years, George sold his interest in this property to W. S. Benedict for one hundred dollars. The original purchase price of the whole was thirty thousand two hundred and nine dollars. The mortgage was made to secure five thousand five hundred dollars. The mortgage was foreclosed, and the proceeds of sale coming to this seventh interest was nineteen hundred and ninety-one 73-100 dollars. The plaintiff claimed it. The defendant claimed that the proceeds of sale must first be appropriated to the payment of the mortgage note, which she with the others had executed, and for one-seventh of which she was bound — that although she was in error in supposing herself to be one-seventh owner of the property, yet the money that was obtained by the mortgage of it was raised for, and had been applied to the payment of taxes, and the extinguishment of a lien that would have sold the property, had not that money been thus obtained and applied.

APPEAL from the Third District Court of New Orleans. MONROE, J.

Billington *vs*. Barbin.

*Baker* for Plaintiff.    *Blanc* for Defendant Appellant.

DE BLANC, J., delivered the opinion reversing the judgment, and decreeing that $785.71 shall be applied to the payment of one-seventh of the mortgage note, and that the plaintiff is entitled to the residue $1,206.02.